**No. 09-9487. Anthony Grant Jackson, Petitioner v. United States.**

562 U.S. 1128, 131 S. Ct. 896, 178 L. Ed. 2d 739, 2011 U.S. LEXIS 126.

January 10, 2011. Motion of petitioner for leave to proceed in forma pauperis and petition for writ of certiorari granted. Judgment vacated, and case remanded to the United States Court of Appeals for the Eleventh Circuit for further consideration in light of Johnson v. United States, 559 U.S. 133, 130 S. Ct. 1265, 176 L. Ed. 2d 1 (2010).

Same case below, 355 Fed. Appx. 297.

**No. 10-5852. Gurmercindo Beltran, Petitioner v. United States.**

562 U.S. 1128, 131 S. Ct. 899, 178 L. Ed. 2d 739, 2011 U.S. LEXIS 412.

January 10, 2011. Motion of petitioner for leave to proceed in forma pauperis and petition for writ of certiorari granted. Judgment vacated, and case remanded to the United States Court of Appeals for the Eleventh Circuit for further consideration in light of Johnson v. United States, 559 U.S. 133, 130 S. Ct. 1265, 176 L. Ed. 2d 1 (2010).

Same case below, 367 Fed. Appx. 984.

**No. 10-5394. Donald Seymour Payne, Petitioner v. United States.**

562 U.S. 1128, 131 S. Ct. 897, 178 L. Ed. 2d 739, 2011 U.S. LEXIS 164.

January 10, 2011. Motion of petitioner for leave to proceed in forma pauperis and petition for writ of certiorari granted. Judgment vacated, and case remanded to the United States Court of Appeals for the Eighth Circuit for further consideration in light of Carr v. United States, 560 U.S. 438, 130 S. Ct. 2229, 176 L. Ed. 2d 1152 (2010).

**No. 10-5648. Buddy Eugene Manning, Petitioner v. United States.**

562 U.S. 1128, 131 S. Ct. 898, 178 L. Ed. 2d 739, 2011 U.S. LEXIS 481.

January 10, 2011. Motion of petitioner for leave to proceed in forma pauperis and petition for writ of certiorari granted. Judgment vacated, and case remanded to the United States Court of Appeals for the Eighth Circuit for further consideration in light of Carr v. United States, 560 U.S. 438, 130 S. Ct. 2229, 176 L. Ed. 2d 1152 (2010).

**No. 10-5961. Darrell Jan Bennett, Petitioner v. United States.**

562 U.S. 1128, 131 S. Ct. 900, 178 L. Ed. 2d 739, 2011 U.S. LEXIS 506.

January 10, 2011. Motion of petitioner for leave to proceed in forma pauperis and petition for writ of certiorari granted. Judgment vacated, and case remanded to the United States Court of Appeals for the Eighth Circuit for further consideration in light of Carr v. United States, 560 U.S. 438, 130 S. Ct. 2229, 176 L. Ed. 2d 1152 (2010).